M. A. McDOUGALD, as Chief of Police, City of Plant City, Florida, *Plaintiff in Error,* vs. STATE OF FLORIDA, Ex rel. REGGIE YATES, *Defendant in Error.*

142 So. 219.

Division A.

Decision filed June 3, 1932.

Petition for rehearing denied July 15, 1932.

*G. B. Wells,* for Plaintiff in Error;

*E. P. Martin,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgmnet to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court

that the said judgment of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

---

### ON PETITION FOR REHEARING.

PER CURIAM.—In connection with the petition for rehearing, in view of the fears expressed in the petition, it may well be observed that in affirming the judgment below, the question of the alleged ineligibility of the municipal judge to hold that office was not considered by this Court, as the Court was of the opinion that, without regard to that question, the action of the court below should for other reasons be affirmed.

Rehearing denied.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.